OPINION — AG — ** ANNUAL AUDIT — CITY OR TOWN ** FUNDS RECEIVED UNDER THE STATE AND LOCAL FISCAL ASSISTANCE ACT OF 1972, ARE FUNDS FOR A PARTICULAR PURPOSE AND ARE CREDITED TO THE SPECIAL FUND AND ARE NOT INCOME TO BE CREDITED TO THE GENERAL FUND OF CITIES AND TOWNS UNDER THE PROVISIONS OF 11 O.S. 20.2 [11-20.2] FOR PURPOSE OF ANNUAL AUDITS. (MUNICIPALITY, BOOKS, ACCOUNTS, SPECIAL FUNDS) CITE: 11 O.S. 20.2 [11-20.2] (FEDERAL FUNDS) (NATHAN J. GIGGER)